CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar #1138
FRANK PEREZ, ESQ.
Nevada Bar #5738
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
E-Mail: chrislaw@mcpalaw.com
E-Mail: fperez@mcpalaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST SAVINGS BANK, a South Dakota Corporation, | CASE NO. 2:10-CV-00057-KJD-LRL |
| Plaintiff, | |
| vs. | |
| CORY A SIMONEAU, KIM RUETER, KIM RUETER COMPANY, an Iowa Corporation, RED MOUNTAIN CONSTRUCTION AND DEVELOPMENT, an Arizona Corporation, DOES I – V, | |
| Defendants. | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, FIRST SAVINGS BANK., by and through its attorney, of the law firm of McCULLOUGH & ASSOCIATES, LTD., hereby responds to the Order to Show Cause filed by the Court on August 12, 2011.

Said Response is made and based upon the papers and pleadings on file herein, and the Points and Authorities set forth below.

. . .

## POINTS AND AUTHORITIES

During the course of the litigation, Plaintiff entered settlement discussions with Defendants which resulted in the previous dismissals. It is Plaintiff's intent to continue to pursue CORY A. SIMONEAU and RED MOUNTAIN CONSTRUCTION AND DEVELOPMENT (collectively "Defendants"), through a default in this matter.

Certain matters were in the development which potentially could have affected the damages Plaintiff would have submitted in a default judgment. Those have been resolved and Plaintiff is prepared to move forward with a default and application for a default judgment against the remaining Defendants. Plaintiff anticipates having those actions completed with 60 days of this filing and request the Court not dismiss the matter but rather allow Plaintiff time to secure the default and default judgment against the remaining Defendants.

DATED this __16__ day of August, 2011.

Respectfully submitted,

McCULLOUGH, PEREZ & ASSOCIATES, LTD.

By:_____
CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar #1138
FRANK PEREZ, ESQ.
Nevada Bar #5738
601 S. Rancho Drive, #A-10
Las Vegas, Nevada 89106
Attorneys for Plaintiff

```
IT IS SO ORDERED.
DATED:   8/17/11
```
_____
UNITED STATES DISTRICT JUDGE