CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar #1138
FRANK PEREZ, ESQ.
Nevada Bar #5738
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
E-Mail: chrislaw@mcpalaw.com
E-Mail: fperez@mcpalaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST SAVINGS BANK, a South Dakota Corporation, | ) <br> ) CASE NO:  2:10-CV-00057-KJD-VCF <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| CORY A. SIMONEAU, KIM RUETER, KIM RUETER COMPANY, an Iowa Corporation, RED MOUNTAIN CONSTRUCTION AND DEVELOPMENT, an Arizona Corporation, DOES I – V, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**ORDER AND JUDGMENT AGAINST DEFENDANTS CORY A. SIMONEAU AND RED MOUNTAIN CONSTRUCTION AND DEVELOPMENT**

The Court having reviewed Plaintiff's Petition For The Entry Of A Default And A Default Judgment, and based upon the papers and pleadings on file, hereby enters Judgment against Defendants CORY A. SIMONEAU and RED MOUNTAIN CONSTRUCTION AND DEVELOPMENT  as follows;

**FINDINGS OF FACT**

**THE COURT HEREBY FINDS** Defendant, Cory A. Simoneau, was served on May 28, 2010.  Service occurred by leaving a copy with the Defendant at 310 South Third Street, Lenora,

KS 67645.

**THE COURT FURTHER FINDS** Service against Red Mountain Construction and Development, an Arizona Corporation occurred on May 28, 2010.

**THE COURT FURTHER FINDS** that First Savings Bank issued a loan to Adobe Road Plaza (LOAN).

**THE COURT FURTHER FINDS** that Defendants Cory A. Simoneau and Red Mountain Construction and Development executed guarantees for the LOAN.

**THE COURT FURTHER FINDS** that the borrower, Adobe Road Plaza failed to make payments under its obligation and therefore, the personal guarantors are now obligated to make payment under the loan.

**THE COURT FURTHER FINDS** That the principal amount due on the LOAN is $4,049,712.94. Interest has accrued in the amount of $659.187.86 through January 12, 2011, at the contractual rate of 8.75%.

**THE COURT FURTHER FINDS** that pursuant to the terms of the LOAN, First Savings Bank is entitled to recover fees and charges in the amount of $192,419.67.

**THE COURT FURTHER FINDS** that Defendants are entitled to a credit for the amount of $2,025,000.00, representing a credit bid by First Savings Bank at the foreclosure sale associated with the LOAN.

**THE COURT FURTHER FINDS** that as of January 12, 2011 the amount due on the LOAN was $4,901,320.47 ($4,049,712.94.+ $659.187.86 + $192,419.67) less the credit bit of $2,025,000.00 for a balance of $2,876,320.47.

## CONCLUSIONS OF LAW

Based upon the Findings of Fact,

**THE COURT HEREBY CONCLUDES** that Defendants Cory A. Simoneau and Red

Mountain Construction and Development executed enforceable guarantees for the LOAN.

**THE COURT FURTHER CONCLUDES** that the Defendants failed to answer or otherwise plead after having been properly served with a copy of the summons and complaint.

**THE COURT FURTHER CONCLUDES** that Defendants are liable under the guarantees for the unpaid balance of the LOAN.

**THE COURT FURTHER CONCLUDES** that any Finding of Fact more properly deemed a Conclusion of Law, and any Conclusion of Law more properly deemed a Finding of Fact, shall be so deemed.

**THE COURT FURTHER CONCLUDES** that Plaintiff is entitled to judgment jointly and severally in the amount of $2,876,320.47.

Based upon the Findings of Fact and Conclusions of Law, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Judgment is entered jointly and severally against Defendants Cory A. Simoneau and Red Mountain Construction and Development in the amount of $2,876,320.47.

DATED: May 29, 2012.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE