# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

First Savings Bank

Plaintiff,

v.

Cory A. Simoneau et al

Defendants.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-CV-0057 KJD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered jointly and severally against Defendants Cory A. Simoneau and Red Mountain Construction and Development and for Plaintiff in the amount of $2,876,320.47.

May 29, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk